# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1882

Marcus D. Evans

Appellee

v.

Lornetta Smith, Sergeant, Varner Unit, ADC, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-00173-KGB)

---

**ORDER**

Appellants' motion for extension of time to file the reply brief is granted. Appellants may have until November 13, 2024 to file the brief.

October 29, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik